THOMAS S. SIMMONS, DEFENDANT IN ERROR, v. MAYOR, &c., OF CITY OF MILLVILLE, PLAINTIFF IN ERROR.

Argued June 26, 1908—Decided November 16, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 177.

For the plaintiff in error, *Louis H. Miller.*

For the defendant in error, *French & Richards.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.   13.

*For reversal*—None.